# Exhibit G

# 证明书
## CERTIFICATE
### *ATTESTATION*

根据公约第六条，签署本证明书的机关荣幸地证明，
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

2018– SXS –1352

☐ **1. 文书已予送达\***
that the document has been served *
*que la demande a été exécutée**

| — 日期:<br>the (date) / *le (date)* : | ———— |
| — 地点（城镇、街、号）：<br>at (place, street, number) / *à (localité, rue, numéro)* : | ———— |

— 采用的第五条所规定的送达方法为:
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5* :

| ☐ a) | 依公约第五条第一款第（一）项的规定。\*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ b) | 依下述特定方法\*<br>in accordance with the following particular method*:<br>*selon la forme particulière suivante** :<br>———— |
| ☐ c) | 交付给自愿接受的收件人。 \*<br>by delivery to the addressee, if he accepts it voluntarily*<br>*par remise simple** |

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à* :

| 收件人身份和说明：<br>Identity and description of person:<br>*Identité et qualité de la personne* : | ———— |
| 与受送达人的关系（家庭、业务及其他）：<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte* : | ———— |

☒ **2. 由于下列事实文书未能送达：\***
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants** :

> The recipient has moved.

☒ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。\*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**.

附：
Annexes / *Annexes*

| 退还的文书:<br>Documents returned:<br>*Pièces renvoyées* : | ———— |
| 适当时，确认送达的文书:<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution* : | ———— |

\*适当时
*if appropriate / s'il y a lieu*

| 制于（地点）**Beijing**<br>Done at / *Fait à*<br><br>日期 **Apr.11,2020**<br>the / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet*<br><br>[seal: 中华人民共和国司法部 民商事司法协助] |

18-1352

# 广东省中山市中级人民法院

# 送 达 回 证

| 案　号 | （2019）粤20协外送21号 |
|---|---|
| 案　由 | 知识产权．侵权纠纷案 |
| 送达文书名称和件数 | |
| 受送达人 | 中山麦布木具有限公司 |
| 送达地址 | 中山市坦洲镇曙光路16号1楼 |
| 受送达人签名或盖章 | 　　　　　　　　　　　　年　月　日 |
| 代收人及代收理由 | 　　　　　　　　　　　　年　月　日 |
| 备　考 | 经到该中山市坦洲镇曙光路16号1楼查看，该中山麦布木具有限公司已经搬迁不在此处经营两年多，现在是中山市华宇户外运动用品有限公司在此处经营。（有叫中山市动本日运动用品了）送达人：杨师妍　　　老板：李地全 2019.11.20 |

填发人：杨师妍

注：①送达民事诉讼文书按照《中华人民共和国民事诉讼法》第八十四条、第八十五条、第八十六条的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

89　297

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

18-cv-1352

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| McDonald Hopkins LLC, c/o Matthew J. Cavanagh<br>600 Superior Ave. E., Ste. 2100<br>Cleveland, Ohio 44114 USA<br>Phone: (216) 348-5400 Fax: (216) 348-5474<br>E-mail: mjcavanagh@mcdonaldhopkins.com | International Legal Cooperation Center (ILCC)<br>Ministry of Justice of China<br>33, Pinganli Xidajie, Xicheng District<br>BEIJING 100035 People's Republic of China<br>Tel.: +86 (10) 5560 4537 Fax: +86 (10) 5560 4538<br>E-mail: ivylee319@vip.sina.com |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)** / (identité et adresse)
Zhongshan Mai Bu Mould Co., Ltd.
First Floor, 16 Shuguang Road, Tanzhou Town
Zhongshan City, 528467
Guangdong, People's Republic of China

[☑] a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

[ ] b) in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:
selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :

[ ] c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*
le cas échéant, par remise simple (article 5, alinéa 2)*

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

**List of documents** / Énumération des pièces

- Complaint
- Summons in a Civil Action
- Magistrate Consent Form
- Translations

* if appropriate / s'il y a lieu

**Done at** / Fait à  Cleveland, Ohio USA
**The** / le  25th of October 2018.

**Signature and/or stamp**
Signature et / ou cachet

*[signature]*

Permanent Bureau September 2011

Case: 1:18-cv-02318 Doc #: 1 Filed: 10/04/18 1 of 14. PageID #: 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Eleven 10 LLC, | Case No. 1:18-cv-2318 |
| Plaintiff, | |
| vs. | Judge |
| Zhongshan Mai Bu Mould Co., Ltd. | Jury Trial Demanded |
| and | |
| DOES 1-5, | |
| Defendants. | |

## Complaint

For its complaint against defendants Zhongshan Mai Bu Mould Co., Ltd. and DOES 1-5 (collectively, "FMA"), plaintiff Eleven 10 LLC ("Eleven 10") states:

### Summary of Case

1. Eleven 10 was founded by a former Recon Marine who is now a current SWAT Medic, who created and marketed unique tourniquet carrying cases (the "Eleven 10 Tourniquet Cases").

2. The Eleven 10 Tourniquet Cases took off, surpassed expectations, and became highly sought after, especially among first responders, law enforcement and members of the military.

3. However, with success comes imitation. Chinese companies have been selling inferior knockoffs of the Eleven 10 Tourniquet Cases at much lower prices that copy and infringe the Eleven 10 trade dress in a blatant attempt to capitalize on Eleven 10's successful product design and its recognition in the marketplace.

{7629767:3}  1