Motion for leave to serve by alternative means granted 1/27/2021. The Court directs documents to be attached rather than linked.
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Eleven 10 LLC, | ) | Case No. 1:18-cv-2318-JG |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge James S. Gwin |
| vs. | ) | |
| | ) | |
| Zhongshan Mai Bu Mould Co., Ltd. et al. | ) | |
| | ) | |
| Defendants. | ) | |

## Eleven 10 LLC's Motion for Leave to Serve by Alternative Means

In accordance with Federal Rule of Civil Procedure 4(f)(3), plaintiff Eleven 10, LLC moves for leave to serve defendant Zhongshan Mai Bu Mould Co., Ltd., dba FMA, ("FMA") by alternative means, namely through Facebook Messenger (via @fmaairsoft) and FMA website's "Contact Us" form at fma.hk/contact_us.php.

The reasons for granting this motion are more fully explained in the attached memorandum in support, which is attached and incorporated here by reference.

Respectfully submitted,

Dated:  October 9, 2020

  s/ Matthew J. Cavanagh
Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 | f 216.348.5474
mcavanagh@mcdonaldhopkins.com

*Counsel for Eleven 10 LLC*

{9152263: }